# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SCOTT A. KRAUSE & TAMARA E. KRAUSE        Case Number: 08-70465
6411 LAKEWOOD DRIVE                              SSN-xxx-xx-2380 & xxx-xx-6628
CARY, IL  60013

Case filed on: 2/21/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,142.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 1,128.52 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 1,128.52 | 0.00 |
| 014 | PALISADES COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | A/R CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ASSOCIATED COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MEDCLR - NCO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 2,154.48 | 2,154.48 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 2,154.48 | 2,154.48 | 0.00 | 0.00 |
| 999 | SCOTT A. KRAUSE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 2,239.95 | 2,239.95 | 248.58 | 76.42 |
| 002 | BANK OF AMERICA NA | 135,618.25 | 0.00 | 0.00 | 0.00 |
| 003 | CHARTER ONE AUTO FINANCE | 12,000.00 | 12,000.00 | 1,038.19 | 411.81 |
| 004 | HFC | 22,138.96 | 0.00 | 0.00 | 0.00 |
| 005 | HFC | 107,780.52 | 0.00 | 0.00 | 0.00 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 3,125.69 | 3,125.69 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 37,058.00 | 37,058.00 | 0.00 | 0.00 |
| 008 | LAKE COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | CHASE HOME FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 319,961.37 | 54,423.64 | 1,286.77 | 488.23 |
| 006 | ILLINOIS DEPARTMENT OF REVENUE | 292.28 | 292.28 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 68,463.05 | 68,463.05 | 0.00 | 0.00 |
| 009 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ARMOR SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSOC IN EAR NOSE & THROAT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CITGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CITICORP CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DANIEL HALLER, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DS WATERS OF NORTH AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | HOME STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MCHENRY RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MEDICAL BUSINESS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MERCY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MERCY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROUNDUP FUNDING LLC | 1,131.51 | 1,131.51 | 0.00 | 0.00 |
| 037 | PORTFOLIO RECOVERY ASSOCIATES | 396.70 | 396.70 | 0.00 | 0.00 |
| 038 | VERIZON WIRELESS BANKRUPTCY DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | WELLS FARGO CARD SERVICES | 500.00 | 500.00 | 0.00 | 0.00 |
| 040 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,445.57 | 1,445.57 | 0.00 | 0.00 |
| 041 | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | FIA CARD SERVICES aka BANK OF AMERICA | 181.90 | 181.90 | 0.00 | 0.00 |
| 043 | ROUNDUP FUNDING LLC | 255.04 | 255.04 | 0.00 | 0.00 |
| 044 | ROUNDUP FUNDING LLC | 324.44 | 324.44 | 0.00 | 0.00 |
|  | Total Unsecured | 72,990.49 | 72,990.49 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|  | Grand Total: | 398,880.34 | 133,342.61 | 2,415.29 | 488.23 |
|---|---|---|---|---|---|

Total Paid Claimant:   $2,903.52
Trustee Allowance:   $238.48
Percent Paid Unsecured:   0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/29/2008</u>         By  <u>/s/Heather M. Fagan</u>